# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RUBEN SAPIEN,

    *Plaintiff*,

vs.

DOUGLAS GILLISPIE, *et al.*,

    *Defendants*.

2:11-cv-01200-PMP-RJJ

ORDER

Plaintiff, a detainee at the Clark County Detention Center, has filed an application (#1) to proceed *in forma pauperis* seeking to initiate a civil rights action.

The application is incomplete. Both a financial certificate properly executed by an appropriate institutional officer and a statement of the plaintiff's inmate trust fund account for the past six months are required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Plaintiff did not attach a statement of his inmate trust fund account for the six months prior to the filing of the pauper application. Both an executed financial certificate and an inmate account statement are required.

**IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (#1) is **DENIED** and that this action shall be **DISMISSED** without prejudice to the filing of a new complaint in a new action together with a new pauper application with all required attachments. The Clerk of the Court shall send Plaintiff a copy of the papers that he filed along with the complaint and pauper forms and instructions.

The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: July 26, 2011.

_____
PHILIP M. PRO
United States District Judge